IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 16-40772
_____

GEORGE ALVAREZ,

    Plaintiff - Appellee

v.

THE CITY OF BROWNSVILLE,

    Defendant - Appellant

_____

Appeal from the United States District Court for the
Southern District of Texas, Brownsville
_____

O R D E R :

    IT IS ORDERED that appellant's opposed motion for an extension of time, to and including August 10, 2017, for a filing a response to the pending petition for rehearing En Banc is granted.

    /s/ Jacques L. Wiener, Jr.
    _____
    JACQUES L. WIENER, JR.
    UNITED STATES CIRCUIT JUDGE