# NO. 16-40772

# In the United States Court of Appeals for the Fifth Circuit

**GEORGE ALVAREZ,**

Plaintiff-Appellee,

V.

**CITY OF BROWNSVILLE,**

Defendant-Appellant.

**UNOPPOSED MOTION BY *AMICUS CURIAE*
NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS
FOR LEAVE TO PARTICIPATE IN EN BANC ORAL ARGUMENT**

**On appeal from the U.S. District Court for the Southern District of Texas,
D. Ct. No. 1:11-cv-78 (Hon. Hilda G. Table)**

The National Association of Criminal Defense Lawyers ("NACDL"), *amicus curiae* in the above-referenced case, respectfully requests, with consent from both Plaintiff-Appellee and Defendant-Appellant, leave to participate in en banc oral argument, which is scheduled for January 17, 2018. NACDL seeks ten minutes of its own argument time, which equates to the argument time this Court has granted the United States Department of Justice as *amicus curiae*.

## Background

This is appeal arises from George Alvarez's lawsuit against the City of Brownsville ("the City"). Mr. Alvarez pleaded guilty in Texas state court to

assaulting a public servant, but the Texas Court of Criminal Appeals later held that Mr. Alvarez is "actually innocent" of the assault and set aside his conviction. Mr. Alvarez then brought a claim against the City grounded in *Brady v. Maryland*, 373 U.S. 83 (1963), asserting that the City deprived him of a constitutional right by failing to disclose an exculpatory video before he pleaded guilty. The district court concluded as a matter of law that the City violated Mr. Alvarez's constitutional rights, and the City appealed the judgment in favor of Mr. Alvarez.

A panel of this Court reversed in a June 26, 2017, published opinion, holding that Mr. Alvarez did not have a constitutional right to exculpatory evidence before pleading guilty. 860 F.3d 799, 803 (5th Cir. 2017). The Court then granted Mr. Alvarez's petition for rehearing en banc. 874 F.3d 898 (5th Cir. 2017).

On November 10, 2017, the Court entered an order requesting *amicus curiae* briefs from NACDL and the United States Department of Justice. As a nonprofit organization that represents thousands of public defenders and private criminal defense lawyers and seeks to ensure justice and due process for the accused, NACDL has a substantial interest in the Court's resolution of the constitutional issue in this case.

## **Argument**

NACDL respectfully requests ten minutes of its own argument time to address the issues raised in its *amicus curiae* brief, which is due on January 10,

2018. Mr. Alvarez and the City both consent to this request, and the Court recently granted the United States Department of Justice's request for ten minutes of its own argument time to address the issues raised in its *amicus curiae* brief.

Granting NACDL's request for the same amount of oral argument time granted to the United States Department of Justice is likely to aid the Court's decisional process. The opportunity to explore the issues raised in the *amicus curiae* briefs at oral argument will help facilitate the Court's understanding of how its decision could affect participants in the criminal justice system.

## Conclusion

For the reasons above, NACDL respectfully requests leave to participate in oral argument and that it be granted ten minutes of its own argument time. NACDL further requests all other relief to which it is justly entitled.

Respectfully submitted,

*/s/ Jason N. Jordan*
Jason N. Jordan
Benjamin L. Mesches
Chris Knight
Ryan Gardner
**HAYNES AND BOONE, LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas  75219
Telephone: 214.651.5000
Telecopier: 214.651.5940
*Ben.Mesches@haynesboone.com*
*Jason.Jordan@haynesboone.com*
*Chris.Knight@haynesboone.com*
*Ryan.Gardner@haynesboone.com*

**Attorneys for *Amicus Curiae*, National Association of Criminal Defense Lawyers**

## CERTIFICATE OF SERVICE

      I hereby certify that on December 21, 2017, I electronically transmitted the attached document to the Clerk of the Court of the 5th Circuit Court of Appeals using the ECF System of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                    */s/ Jason N. Jordan*
                                    Jason N. Jordan

## ECF CERTIFICATION

      I hereby certify (i) the required privacy redactions have been made pursuant to 5TH CIR. R. 25.2.13; (ii) the electronic submission is an exact copy of the paper document pursuant to 5TH CIR. R. 25.2.1; (iii) the document has been scanned for viruses using Symantec Endpoint Protection active scan and is free of viruses; and (iv) the paper document will be maintained for three years after the mandate or order closing the case issues, pursuant to 5TH CIR. R. 25.2.9.

                                    */s/ Jason N. Jordan*
                                  Jason N. Jordan

# CERTIFICATE OF COMPLIANCE

1.    NACDL's motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 468 words.

2.    The motion complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5) & (a)(6) because it has been prepared in a proportionally spaced, 14-point font in text and footnotes using Microsoft Word 2013.

3.    The motion complies with the privacy redaction requirement of Fed. R. App. P 25(a) because it contains no personal data identifiers.

4.    The digital version electronically filed with the Court is an exact copy of the written document to be sent to the Clerk.

5.    The motion has been scanned for viruses with the most recent version of Symantec Endpoint Protection, which is continuously updated, and according to that program, is free of viruses.

                */s/ Jason N. Jordan*
                Jason N. Jordan

4836-2279-3817